JACOB WISEMAN, *Appellant; v* A. J. RAINEY, *Appellee.*

Land—Suit—Tenant—Legal Title—Estate.
> It does not appear that Rainey entered a sub-tenant under Wiseman, or knowing that his predecessor was Wiseman's tenant. **Held**, he was therefore not estopped to acquire the legal title.

December 10, 1867.

APPEAL FROM ESTILL CIRCUIT COURT.

OPINION OF THE COURT BY JUDGE ROBERTSON:

It does not judicially appear that Rainey entered as *in fact* a sub-tenant under Wiseman, or knowing that his predecessosr was Wiseman's tenant; and therefore he was not estopped to acquire the legal title from Adams under whom Wiseman claimed a prior equity.

There being no proof of either fraud or mistake, the appellee's prior deed from Adams must, in this action, be adjudged to be the only legal title.    And the appellant seems to have no legal right of entry on the appellee's possession.

Wherefore, the judgment is affirmed.

*Turner, Appellant.*

*Barnes, Appellee.*